MEMORANDUM OPINION


 

No. 04-08-00652-CR



IN RE Delfino GONZALEZ



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Sandee Bryan Marion, Justice

 Rebecca Simmons, Justice

 

Delivered and Filed: October 1, 2008


PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

 Delfino Gonzalez seeks a writ of mandamus compelling the Universal City Municipal Court
"to set aside and quash or dismiss outstanding warrant order." This court's mandamus jurisdiction
is governed by section 22.221 of the Texas Government Code, which expressly limits the mandamus
jurisdiction of our court to: (1) writs against a district court judge or county court judge in our
district; and (2) all writs necessary to enforce our jurisdiction. Tex. Gov't Code Ann. § 22.221
(Vernon 2004). Thus, this court has no authority to issue a writ of mandamus against a municipal
court judge unless it is necessary to enforce our jurisdiction. In re Dockery, No. 04-07-0013-CV,
2007 WL 595057, *1 (Tex. App.San Antonio February 28, 2007, orig. proceeding) (mem. op.). 
Relator does not argue that issuance of the writ is necessary to enforce this court's jurisdiction. 

 Accordingly, the petition for writ of mandamus is dismissed for lack of jurisdiction. 

 PER CURIAM

 

DO NOT PUBLISH



 
1. Relator asserts this matter arises from proceedings in Bexar County, but he does not identify the trial court
or provide a cause number.